UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAURA GRAVES,<br><br>    Plaintiff,<br><br>v.<br><br>MENARD, INC.,<br><br>    Defendant. | CAUSE NO. 1:21-cv-242 |

## **PETITION FOR REMOVAL OF ACTION**

Defendant Menard, Inc., by counsel, and for its Petition for Removal of Action, Menard Inc., states as follows:

1. On December 28, 2020, Plaintiff filed her Complaint against Defendants Menard, Inc., (hereinafter "Menards") in the Marion Superior Court Civil Division 14, under Cause Number 49D14-2012-CT-045476.

2. In her Complaint, Plaintiff alleges that on July 19, 2020, she was an invitee on the Menard's premises when she slipped and fell, causing her injuries and damages.

3. Plaintiff alleges that she sustained damages as a result of an incident at a Menard's store.

4. Plaintiff is a citizen of the State of Indiana.

5. Defendant is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

6. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

7. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest

and costs, as Plaintiffs' Complaint has a prayer for damages as exceeding $75,000.00 and alleges that Defendant breached its duty to Plaintiff causing Laura Graves to incur "medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses"

8. Defendant was served with Plaintiffs' Complaint by certified mail on January 4, 2021. Pursuant to Marion County Superior Court 14's Order on Defendant's Motion for Extension of Time dated January 8, 2021, Defendant's Answer to Plaintiff's Complaint is due on February 24, 2021.

9. Plaintiff's counsel issued a demand on October 29, 2020 in the amount of $100,000.

10. Defendant sought to ascertain the amount in controversy from Plaintiff's counsel on January 6, 2021. On January 6, 2021, Plaintiff's counsel confirmed that Plaintiff is unable to limit her damages to $75,000 or lesser.

11. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

12. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

13. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Marion Superior Court, Civil Division 14 that this Petition of Removal is being filed in this Court.

**WHEREFORE**, Defendant, Menard, Inc., prays that the entire state court action pending in the Marion Superior Court, Civil Division 14 of Indiana, under Cause Number 49D14-2012-CT-045476, be removed to this Court for all further proceedings.

Dated: January 29, 2021.

        Respectfully Submitted,

        KOPKA PINKUS DOLIN PC

        By: */s/Jessica N. Hamilton*_____
          Jessica N. Hamilton (#34268-71)
          Attorney for Defendant, Menard, INC.

## CERTIFICATE OF SERVICE

 I hereby certify that on January 29, 2021, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record. Parties may access this filing through the Court's system.

 Daniel Gore
 Ken Nunn Law Office
 104 South Franklin Rd
 Bloomington, IN 47404

        *Jessica N. Hamilton*_____

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel: (317) 818-1360
Fax: (317) 818-1390
Email: jnhamilton@kopkalaw.com