# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Laura Graves<br>6232 Behner Crossing<br>Indianapolis, IN  46250 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Daniel Gore #31322-53<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:       812 332-9451<br>FAX:            812 331-5321<br>Email:  dgore@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

                s/Daniel Gore
                Attorney-at-Law
                (Attorney information shown above.)

| STATE OF INDIANA | IN THE MARION SUPERIOR COURT 14 |
|---|---|
| COUNTY OF MARION | CAUSE NO.: 49D14-2012-CT-045476 |

LAURA GRAVES
    Plaintiff,

v.

MENARD, INC.
    Defendant.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

Party Classification:   Initiating: _____   Responding: __X__   Intervening: _____

1. The undersigned attorney appears in this case for the following party member:

    **Menard, Inc.**

2. Attorney information for service as required by Trial Rule 5(B)(2):

    | Jessica N. Hamilton | Atty. No. | 34268-71 |
    | KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
    | 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
    | Suite 310 | Email: | jnhamilton@kopkalaw.com |
    | Carmel, IN 46032 | | |

    | Leslie B. Pollie | Atty. No. | 25716-49 |
    | KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
    | 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
    | Suite 310 | Email: | lbpollie@kopkalaw.com |
    | Carmel, IN 46032 | | |

    **IMPORTANT:** Each attorney specified on this Appearance:

    (a) certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

    (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

1

3.      Case Type requested under Administrative Rule 8(b)(3): **CT**

4.      I will accept service by fax at the above noted number: **No**

       I will accept service by email at the above noted address: **Yes**

5.      This case involves child support issues: **No**

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order: **No**

7.      This case involves a petition for involuntary commitment: **No**

8.      Are there related cases: **No**

9.      Additional information required by local rule: **No**

10.     Are there other party members: **No**

11.     This form has been served on all other parties and a Certificate of Service is attached.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: *Jessica N. Hamilton*_____
      Jessica N. Hamilton (#34268-71)
      Attorney for Defendant, Menard, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Daniel Gore
Ken Nunn Law Office
104 South Franklin Rd
Bloomington, IN 47404

*Jessica N. Hamilton*_____

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

| | |
|---|---|
| STATE OF INDIANA | IN THE MARION SUPERIOR COURT 14 |
| COUNTY OF MARION | CAUSE NO.: 49D14-2012-CT-045476 |

LAURA GRAVES
    Plaintiff,

v.

MENARD, INC.
    Defendant.

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

COME NOW the Defendant, MENARD, INC., by counsel, Jessica N. Hamilton, of KOPKA PINKUS DOLIN PC, and would respectfully move the Court for an extension of time to respond to the Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1), and would show the Court:

1. Defendant's Answer is due on or before January 24, 2021.

2. That no prior extensions have been requested.

3. That said extension of time would expire on February 24, 2021.

4. That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

**WHEREFORE**, Defendant would respectfully pray for an extension of time to respond to the Plaintiff's Complaint for Damages, and for all other just and proper relief in the premises.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: *Jessica N. Hamilton*_____
    Jessica N. Hamilton (#34268-71)
    Attorney for Defendant, Menard, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Daniel Gore
Ken Nunn Law Office
104 South Franklin Rd
Bloomington, IN 47404

        *Jessica N. Hamilton*_____

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:   (317) 818-1360
Fax:   (317) 818-1390
Email: jnhamilton@kopkalaw.com

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

LAURA GRAVES

    VS.

MENARD, INC.

## COMPLAINT FOR DAMAGES

    Comes now the plaintiff, Laura Graves, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Menard, Inc., alleges and says:

    1.    That on or about July 19, 2020, the plaintiff, Laura Graves, was a customer at the Menard's store located at 7145 East 96th Street in Indianapolis, Marion County, Indiana.

    2.    That on or about July 19, 2020, the plaintiff, Laura Graves, slipped and fell in liquid on the floor at said location, causing the plaintiff to suffer serious injuries.

    3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

    4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

    5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

    6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

    7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Daniel Gore*
Daniel Gore, #31322-53
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: dgore@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE

BY:     *s/ Daniel Gore*
         Daniel Gore, #31322-53
         KEN NUNN LAW OFFICE
         104 South Franklin Road
         Bloomington, IN  47404
         Phone: (812) 332-9451
         Fax: (812) 331-5321
         E-mail: dgore@kennunn.com

Daniel Gore, #31322-53
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

| | |
|---|---|
| STATE OF INDIANA | IN THE MARION SUPERIOR COURT 14 |
| COUNTY OF MARION | CAUSE NO.: 49D14-2012-CT-045476 01 |

LAURA GRAVES
    Plaintiff,

v.

MENARD, INC.
    Defendant.

**F I L E D**
January 13, 2021
CLERK OF THE COURT
MARION COUNTY
JL

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Menard, Inc., by counsel, having filed a Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the motion and being duly advised in the premises, now finds that said motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant, Menard, Inc., shall answer, or otherwise respond, to Plaintiff's Complaint by **February 24, 2021**.

**SO ORDERED** _____January 13, 2021_____.

_____ Mag.
Judge, Marion Superior Court No. 14

Distribution to parties via IEFS



Mailer: Ken Nunn Law Office

Date Produced: 01/11/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8328 6406 14. Our records indicate that this item was delivered on 01/04/2021 at 09:42 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MENARD INC  C/O THE PRENTICE-HALL CORPORATION SYSTEM INC
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448

Customer Reference Number:       C2439069.14004519

Return Reference Number            Laura Graves

USPS MAIL PIECE TRACKING NUMBER:   420462049214890194038328640614
MAILING DATE:        12/29/2020
DELIVERED DATE:   01/04/2021
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

   MENARD INC  C/O THE PRENTICE-HALL CORPORATION SYSTEM INC
   STE 1610
   135 N PENNSYLVANIA ST
   INDIANAPOLIS IN 46204-2448


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/29/2020 12:38 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 12/31/2020 10:52 | ORIGIN ACCEPTANCE | BLOOMINGTON,IN 47404 |
| 12/31/2020 12:07 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 01/01/2021 22:21 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 01/02/2021 10:06 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 01/02/2021 10:17 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 01/02/2021 10:23 | BUSINESS CLOSED | INDIANAPOLIS,IN 46204 |
| 01/04/2021 09:42 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Laura Graves

Plaintiff(s)

VS.                                                 No. _____

Menard, Inc.

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Menard, Inc., c/o The Prentice-Hall Corporation System, Inc., 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

12/28/2020
Date:_____                                    _Myla A. Eldridge_
                                                        CLERK, MARION CIRCUIT/SUPERIOR COURTS

DANIEL GORE, #31322-53
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐       By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐       By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐       By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:  _s/ DANIEL GORE_
ATTORNEY FOR PLAINTIFF

[MARION COUNTY COURTS SEAL]

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2020.

                                                                   _____
                                                                   CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

                                                                   _____
                                                                  CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ _, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

    Dated this __ day of _____, 2020.

                                                                   _____
                                                                  CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.

    1.    By mailing a copy of the summons and complaint personally to _____ address _____.

    2.    By delivering a copy of summons and complaint personally to _____.

    3.    By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____his last known address.

    4.    By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.

    5.    Defendant cannot be found in my bailwick and summons was not served.

    And I now return this writ this __ day of _____, 2020.

                                                                   _____
                                                                  SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

    1.    By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.

    2.    By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.

    3.    _____and by mailing a copy of the summons without the complaint to _____ at _____ _____the last known address of defendant(s).

    All done in MARION County, Indiana.

Fees: $_____                                    _____
                                                                  SHERIFF or DEPUTY